FILED
MAR 0 4 2014

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| TYLER BROWN, | * | CIV 11-4151 |
| Petitioner, | * | |
| vs. | * | ORDER |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Petitioner Tyler Brown's Motion Pursuant to FED.R.CIV.P. 60(b), (5) and (6), Doc. 35. Petitioner filed this identical Motion in his criminal action, CR 07-40055-26. (Doc. 2070) For the reasons stated in the Court's Memorandum Opinion and Order Denying Rule 60(b) Motion, and Order Denying Motion to Amend, Docs. 2072 and 2076, in Petitioner's criminal action, the Motion pending in this action is also denied. Documents 2070, 2072, and 2076 are attached to this Order. Accordingly,

   IT IS ORDERED that Petitioner's Motion Pursuant to FED.R.CIV.P. 60(b), (5) and (6) is denied.

Dated this 4th day of March, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
            DEPUTY